AO 10*
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Leichty, Damon R. | 2. Court or Organization<br><br>United States District Court, Northern District of Indiana | 3. Date of Report<br><br>05/15/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>United States District Court<br>204 South Main Street<br>South Bend, Indiana 46601 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Barnes & Thornburg LLP |
| 2. | Partner | BT Building Company, LLP |
| 3. | Adjunct Professor | University of Notre Dame (Law School) |
| 4. | President | Robert A. Grant Inn of Court |
| 5. | Chairman and Director | Boys and Girls Club of St. Joseph County, Inc. |
| 6. | Director | Family & Children's Center, Inc. |
| 7. | Director | Family & Children's Center Foundation, Inc. |
| 8. | President and Director | Ronald A. Leichty Scholarship Foundation, Inc. |
| 9. | Director | Indiana University South Bend Center for Sustainable Future Advisory Board |
| 10. | Attorney-in-Fact | POA #1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | Barnes & Thornburg LLP Partnership Agreement, including capital account, 401(k), profit sharing and cash balance plan. |

| Name of Person Reporting | Date of Report |
|---|---|
| **Leichty, Damon R.** | 05/15/2020 |

2. 2019          University of Notre Dame, compensation for teaching fall semester 2019

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Leichty, Damon R. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Barnes & Thornburg LLP | $381,803.00 |
| 2. 2019 | BT Building Company, LLP (estimated) | $58.00 |
| 3. 2019 | University of Notre Dame (teaching) | $3,400.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | University of Notre Dame (administrative assistant services) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Leichty, Damon R.** | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leichty, Damon R. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Teachers Credit Union Account 1 | A | Interest | J | T | | | | | |
| 2. Teachers Credit Union Account 2 | A | Interest | M | T | | | | | |
| 3. Teachers Credit Union Account 4 | A | Interest | K | T | | | | | |
| 4. Teachers Credit Union Account M | A | Interest | J | T | | | | | |
| 5. Teachers Credit Union Account W | A | Interest | J | T | | | | | |
| 6. Wells Fargo IRA | | | | | | | | | |
| 7. Franklin Mutual Global Discovery Fund (TEDIX) | A | Dividend | J | T | | | | | |
| 8. Calvert Global Water Fund (CFWAX) | A | Dividend | J | T | | | | | |
| 9. Templeton Developing Markets Trust Fund (TEDMX) | A | Dividend | J | T | | | | | |
| 10. BT 401(k) | | | | | | | | | |
| 11. Fidelity Low Price Stock Fund (FLPSX) | B | Dividend | M | T | | | | | |
| 12. Pimco Total Return Institutional Class Fund (PTTRX) | B | Dividend | M | T | | | | | |
| 13. Templeton Institutional Foreign Equity Fund (TFEQX) | D | Dividend | L | T | | | | | |
| 14. Vanguard Extended Market Index Fund (VIEIX) | C | Dividend | O | T | | | | | |
| 15. Vanguard Institutional Index Fund (VINIX) | A | Dividend | | | Closed | 10/10/19 | N | A | |
| 16. Fidelity 500 Index Institution | C | Dividend | O | T | | | | | |
| 17. ND 403(b) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Leichty, Damon R.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Total Stock Market Index Fund (VITSX) | A | Dividend | | | Closed | 02/20/19 | N | A | |
| 19. Vanguard Extended Market Index Fund (VIEIX) | C | Dividend | M | T | | | | | |
| 20. Vanguard Real Estate Index Fund (VGSNX) | B | Dividend | K | T | | | | | |
| 21. Vanguard Total Stock Market IP (VSMPX) | D | Dividend | N | T | | | | | |
| 22. CollegeChoice Advisor 529 Plan | | | | | | | | | |
| 23. College Portfolio Class A (Fund Code 2832) | A | Dividend | J | T | | | | | |
| 24. 2022 Enrollment Portfolio Class A (Fund Code 2822) | A | Dividend | J | T | | | | | |
| 25. Core Bond Index Portfolio Class A (Fund Code 2800) | A | Dividend | J | T | | | | | |
| 26. Pimco Total Return Portfolio Class A (Fund Code 2816) | A | Dividend | J | T | | | | | |
| 27. Boston Company Dynamic Large Cap Value Port. Class A (Fund Code 2853) | A | Dividend | J | T | | | | | |
| 28. Large Cap Index Portfolio Class A (Fund Code 2802) | A | Dividend | K | T | | | | | |
| 29. T Rowe Price Large Cap Growth Portfolio Class A (Fund Code 2808) | A | Dividend | K | T | | | | | |
| 30. Diamond Hill Small-Mid Cap Portfolio Class A (Fund Code 2842) | A | Dividend | J | T | | | | | |
| 31. International Equity Index Portfolio Class A (Fund Code 2814) | A | Dividend | J | T | | | | | |
| 32. Emerging Markets Equity Index Portfolio Class A (Fund Code 2855) | A | Dividend | J | T | | | | | |
| 33. Equitable Variable Life Insurance | | | | | | | | | |
| 34. Guaranteed Interest Account (Unloaned) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Leichty, Damon R.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. AXA Large Cap Value Managed Fund | A | Dividend | J | T | | | | | |
| 36. AXA Moderate Allocation Fund | A | Dividend | J | T | | | | | |
| 37. EQ/Common Stock Index Fund | A | Dividend | J | T | | | | | |
| 38. EQ/Equity 500 Index Fund | A | Dividend | J | T | | | | | |
| 39. Multimanager Aggressive Equity Fund | A | Dividend | J | T | | | | | |
| 40. BT Capital Account | | None | | | Distributed | 08/30/19 | M | A | |
| 41. BT Cash Balance Plan | B | Interest | | | Closed | 10/03/19 | L | A | |
| 42. BT Building Capital Account | | None | | | Distributed | 08/30/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Leichty, Damon R.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Teachers Credit Union Accounts 8 and 9, listed in my prior nominee report, are non-dividend, non-interest accounts with no income in 2019.

Part VII, Row 15. This fund became unavailable for further investment in the BT 401(k). The funds were exchanged with the Fidelity 500 Index Institution Fund in lieu (Row 16).

Part VII, Row 18. This fund became unavailable for further investment in the ND 403(b) Plan. The funds were exchanged with the Vanguard Total Stock Market IP (VSMPX) (Row 21).

Part VII, Row 41. The BT Cash Balance Plan was closed and rolled into the BT 401(k) (Row 10). There is no profit sharing component to my participation in the BT 401(k), just investments in mutual funds.

Part VII, Rows 40 & 42. These two capital accounts were closed with capital payouts following my departure from Barnes & Thornburg LLP.

| Name of Person Reporting | Date of Report |
|---|---|
| Leichty, Damon R. | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Damon R. Leichty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544